THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYNTHIA LONG, Appellant.

Submitted January 29, 2007; decided February 13, 2007

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

Judge JONES taking no part.